[No. 36919-9-I.    Division One.    September 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY
JAMES LAMOTHE, JR., ET AL., *Defendants*, ROBERT
JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03433-9, Linda Lau, J., entered July 3,
1995. *Affirmed in part* and *remanded* by unpublished per
curiam opinion.

[No. 37400-1-I.    Division One.    September 8, 1997.]

ERNEST W. "BILL" McLEAN, ET AL., *Appellants*, v.
KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-17924-1, Ronald L. Castleberry, J.,
entered September 22, 1995. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 37621-7-I.    Division One.    September 8, 1997.]

HORECO, INC., ET AL., *Respondents*, v. PACIFIC CAPITAL
INVESTMENTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-10002-5, Nancy Ann Holman, J., entered
October 10, 1995. *Reversed* by unpublished opinion per El-
lington, J., concurred in by Kennedy, A.C.J., and Webster,
J.

[No. 37705-1-I.    Division One.    September 8, 1997.]

GEOFFREY D. GREINER, *Appellant*, v. ROBERT
ALLQUIST, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Skagit
County, No. 94-2-00955-1, Michael E. Rickert, J., and
Susan K. Cook, J. Pro Tem., entered October 16, 1995 and
February 26, 1996. *Affirmed* by unpublished per curiam
opinion.